

# CAPISTRANO UNIFIED SCHOOL DISTRICT

33122 Valle Road, San Juan Capistrano CA  92675
Telephone: (949) 234-9200/FAX: 496-7681 www.capousd.org

March 15, 2022

*VIA EMAIL AND U.S. MAIL*

CONFIDENTIAL

Mrs. Chelsea Boyle

Re: Your Level 1 Complaint Dated:  3/8/2022

Case #:  Click here to enter text

Dear Mrs. Boyle,:

This letter is in response to your Level 1 complaint filed on 3/8/2022 at 3:53pm..

In your Level 1 complaint you reported the following:

"I have JUST become aware that last year my first grade daughter drew a picture of children holding hands together  (all races and colors) and titled the picture "All Lives Matter."

"My daughter was brought in to your office and made to APOLOGIZE to children in her class for her picture and she was LECTURED AND PUNISHED by you because of this picture and EDUCATED about "Black Lives Matter."

"I am so so so BEYOND upset that this happened, I am JUST finding out about this now from ANOTHER PARENT who thought I already KNEW.  Please find BELOW an email sent to YOU that YOU replied to on September 6th, 2020."

"Why was I NEVER called? Why was I not even INFORMED that this happened to my daughter?"


After conducting a thorough investigation of this matter, the following are the District's findings:
From my recollection, the drawing you are referring to was created by your daughter. This was about a year ago when she was in first grade. I am confident that she was not punished for her drawing nor would she be made to apologize for it. I do not teach nor have I ever taught about Black Lives Matter to anyone. I can say that she is a kind student and did not mean anything by it aside from wanting to give a friend a picture.

Serving the Communities of:

Aliso Viejo • Coto de Caza • Dana Point • Ladera Ranch • Laguna Niguel • Las Flores • Mission Viejo

Rancho Mission Viejo • Rancho Santa Margarita • San Clemente • San Juan Capistrano

From my recollection, I communicated to you regarding your daughter's drawing and it was just to make you aware of it. I vaguely recall our conversation and the discussion was lighthearted knowing your daughter was coming from a good place in her heart.

I am confident you were notified in some manner regarding your daughter's picture. You provide specific details in your email regarding the picture. Due to the innocent nature of this event, no documentation of communication was kept.

As the result of our investigation, the following action has been taken by the District in an effort to resolve this complaint.
An effort was made for Mr. and Mrs. Boyle to meet with the Principal, Assistant Principal, and School Counselor to discuss any misunderstandings or to clarify any misconceptions.

Under District Board Policy 1312.1, you may file a Level 2 complaint, which will be addressed to Pati Romo, Executive Director, College and Career Readiness, if you choose to pursue further review of the complaint.   You have 10 working days to appeal the Level 1 decision to Level 2.  The complaint should be filed on the CUSD website under Complaints located at: https://webapps.capousd.org/Complaint/

Sincerely,

*Mr. Becerra*

Principal, Viejo Elementary