**LEX REX INSTITUTE**
ALEXANDER H. HABERBUSH, ESQ. SBN 330368
DEBORAH L. PAULY, ESQ. SBN 350345
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone: (562) 435-9062
E-mail: AHaberbush@LexRex.org

**HEATH LAW, PLLC**
RYAN L. HEATH, ESQ. AZ SBN 036276*
AMBER R. TERRY, ESQ.  DC SBN 1766035*
16427 N. Scottsdale Rd., Suite 370
Scottsdale, Arizona 85254
Telephone: (480) 522-6615
E-mail: ryan.heath@thegavelproject.com
*pro hac vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B., a minor by and through her mother, Chelsea Boyle,<br><br>Plaintiffs,<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; JESUS BECERRA, an individual in his individual and official capacities; CLEO VICTA, an individual in her individual and official capacities; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 8:23-cv-00306-DOC-ADS<br><br>*Assigned for All Purposes to:*<br>*Hon. David O. Carter – Courtroom 10A*<br><br>**DECLARATION OF AMBER R. TERRY IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**<br><br><u>**Hearing Date:**</u><br>Date:      February 12, 2024<br>Time:      8:30 a.m.<br>Dept.:     10A<br><br>*Trial Date: March 12, 2024*<br><br>*Complaint Filed: February 21, 2023* |

**1**
**DECLARATION OF AMBER R. TERRY IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**

## <u>DECLARATION OF AMBER R. TERRY</u>

I, AMBER R. TERRY, do declare and state as follows:

1. I am an attorney at law duly authorized to practice before this Court. I am an attorney at Heath Law, PLLC, attorneys for Plaintiff, B.B., ("Plaintiff") in this action. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I would competently do so.

2. On information and belief, partial video footage was taken of the incident that occurred on August 23, 2022. A true and correct copy of the relevant footage is attached hereto as Exhibit A.

3. The deposition of Plaintiff B.B. Vol 1 was taken on October 5, 2023. A true and correct copy of relevant portions of Plaintiff's deposition transcript is attached hereto as Exhibit B.

4. The deposition of Plaintiff B.B. Vol 2 was taken on November 6, 2023. A true and correct copy of relevant portions of Plaintiff's deposition transcript is attached hereto as Exhibit C.

5. The deposition of Jesus Becerra was taken on October 11, 2023. A true and correct copy of relevant portions of Plaintiff's deposition transcript is attached hereto as Exhibit D.

6. The deposition of Cleo Victa was taken on October 11, 2023. A true and correct copy of relevant portions of Plaintiff's deposition transcript is attached hereto as Exhibit E.

7. The deposition of Cathy Clay was taken on October 5, 2023. A true and correct copy of relevant portions of Plaintiff's deposition transcript is attached hereto as Exhibit F.

8. A true and correct copy of relevant portions of Plaintiff's Responses to

**DECLARATION OF AMBER R. TERRY IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**

1   Cleo Victa's Interrogatories, Set One are attached hereto as Exhibit G.

2   9.  On information and belief, a true and correct copy of Capistrano Unified

3       School District's Board Policy 5184(a): FREEDOM OF

4       SPEECH/EXPRESSION: PUBLICATIONS CODE is attached hereto as

5       Exhibit H.

6   10. A true and correct copy of the Tort Claim that was filed in this case is

7       attached hereto as Exhibit I.

8   11. On information and belief, a true and correct copy of the e-mails from

9       Chelsea Boyle, putting CUSD on notice that she would file a lawsuit, is

10      attached hereto as Exhibit J.

11  12. A true and correct copy of the Declaration of Ryan Heath, putting CUSD

12      on notice that B.B. would file a lawsuit, is attached hereto as Exhibit K.

13  13. On information and belief, a true and correct copy of B.B.'s drawing is

14      attached hereto as Exhibit L.

15  14. On information and belief, true and correct copies of photos depicting

16      B.B.'s manifestation of physical injuries in this case are attached hereto as

17      Exhibit M.

18  15. On information and belief, a true and correct copy of text messages from

19      Jen Owen, another parent at Viejo Elementary who informed Boyle about

20      the incident between Becerra and B.B. on March 31, 2021, as Exhibit N.

21  DATED: January 22, 2024            **HEATH LAW, PLLC**

22

23

24            By:  __/s/ Amber R. Terry_____

25                 **AMBER R. TERRY**
                   *Attorney for Plaintiff*

26

27

28

**3**

**DECLARATION OF AMBER R. TERRY IN OPPOSITION OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR
ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**