1
2
3
4
5
6
7
8
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12  B.B., a minor by and through her          CASE NO. 8:23-cv-00306-DOC-ADS
    mother, CHELSEA BOYLE; and
13  CHELSEA BOYLE, an individual,             *Assigned for All Purposes to:*
                                              *Hon. David O. Carter – Courtroom 10A*
14
                    Plaintiff,
15                                            **JUDGMENT GRANTING**
                                              **DEFENDANTS' CAPISTRANO**
16         vs.                                **UNIFIED SCHOOL DISTRICT,**
                                              **JESUS BECERRA, AND CLEO**
17                                            **VICTA'S MOTION FOR**
    CAPISTRANO UNIFIED SCHOOL                 **SUMMARY JUDGMENT**
18  DISTRICT, et al.
19                                            *Trial Date:    March 19, 2024*
                    Defendant.
20                                            *Complaint filed: February 21, 2023*

21
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**JUDGMENT GRANTING CAPISTRANO UNIFIED SCHOOL DISTRICT, JESUS**
**BECERRA, AND CLEO VICTA'S MOTION FOR SUMMARY JUDGMENT**

## JUDGMENT

On September 22, 2023, Defendants' Capistrano Unified School District, Jesus Becerra, and Cleo Victa's Motion to Dismiss Plaintiffs', B.B., a minor by and through her mother, Chelsea Boyle, and CHELSEA BOYLE, an individual, Second Amended Complaint was filed with the Court. After due consideration of the briefing submitted by the parties, on October 27, 2023, the Court granted Defendants' Motion to Dismiss with prejudice pursuant to *Fed. R. Civ. P.* 12(b)(6) as to Plaintiff CHELSEA BOYLE's only cause of action for Negligent Supervision against Capistrano Unified School District.

On February 12, 2024, Defendants' Capistrano Unified School District, Jesus Becerra, and Cleo Victa's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, was heard by the Honorable David O. Carter. After due consideration of the briefing submitted by the parties, and oral argument of counsel, on February 22, 2024, the Court granted summary judgment pursuant to *Fed. R. Civ. P.* 56 as to Plaintiffs' federal causes of action for (1) Violation of the First Amendment against Becerra (42 *U.S.C.* § 1983); and (2) Retaliation in Violation of First Amendment against Becerra and Victa (42 *U.S.C.* § 1983). The Court declined to exercise supplemental jurisdiction over Plaintiffs' state law causes of action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment
2  shall be entered in favor of Defendants, Capistrano Unified School District, Jesus
3  Becerra, and Cleo Victa, and against Plaintiff, B.B., a minor by and through her
4  mother, Chelsea Boyle; and CHELSEA BOYLE, an individual.
5  It is further ordered:
6  1. Plaintiffs B.B. and CHELSEA BOYLE to take nothing by way of their
7  claims;
8  2. Costs are awarded to Defendants in an amount to be determined by this
9  court.
10  **IT IS SO ORDERED.**
11
12
13  DATED: March 6, 2024
14
15  By: _David O. Carter_____
16  **HON. DAVID O. CARTER**
   United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28