CALEB R. TROTTER, SBN 305195
CTrotter@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
(916) 419-7111

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

|  |  |
|---|---|
| B.B., a minor by and through her mother, CHELSEA BOYLE, <br><br> Plaintiff, <br><br> v. <br><br> CAPISTRANO UNIFIED SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No.: 8:23-cv-00306-DOC-ADS <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE** <br><br> Judge: Hon. David O. Carter <br> Dept. 10A <br> Action Filed: February 21, 2023 |

Pltf's Unopposed Mot. to Continue
Scheduling Conf.

8:23-cv-00306-DOC-ADS

On April 3, 2026, the Court issued a scheduling notice setting a scheduling conference for April 13, 2026, at 9:30 AM. *See* ECF No. 121. Given that counsel for Plaintiff will be giving oral argument at the U.S. Court of Appeals for the Ninth Circuit in San Francisco on that same date and time, *see McBride* et al. *v. Lawson*, No. 25-963, Plaintiff respectfully requests that this Court continue the scheduling conference to a later date. Counsel for Plaintiff conferred with counsel for Defendants, who do not oppose this motion, and the parties jointly propose the following dates for a scheduling conference: April 14, 17, 20, or 23.

DATED: April 6, 2026.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

By */s/ Caleb R. Trotter*
   CALEB R. TROTTER

*Attorney for Plaintiff*