UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| B.B, a minor by and through her mother, CHELSEA BOYLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00306-DOC-ADS<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE [125]**<br><br>Judge: Hon. David O. Carter<br>Dept. 10A<br>Action Filed: February 21, 2023 |

Having considered the parties' Joint Stipulation to Continue Scheduling Conference:

**IT IS ORDERED** that the Stipulation is **GRANTED**. The scheduling conference, ECF No. 124, is continued to June 8, 2026, at 10:00 a.m. before Judge David O. Carter.


SO ORDERED this fifteenth day of May, 2026.

*David O. Carter*
_____
HON. DAVID O. CARTER
United States District Judge