COURTNEY L. HYLTON (SBN 214929)
chylton@hyltonapc.com
BRENDAN M. GARDINER (SBN 347730)
bgardiner@hyltonapc.com
**HYLTON & ASSOCIATES**
A Professional Corporation
18201 Von Karman Avenue, Suite #430
Irvine, CA 92612
(949) 603-0404 Telephone

Attorneys for Defendant, CAPISTRANO UNIFIED SCHOOL DISTRICT; JESUS BECERRA; and CLEO VICTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B., a minor by and through her mother, CHELSEA BOYLE; and CHELSEA BOYLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendant. | CASE NO. 8:23-cv-00306-DOC-ADS<br><br>*Assigned for All Purposes to:*<br>*Hon. David O. Carter – Courtroom 10A*<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date:       June 8, 2026<br>Time:      10:00 a.m.<br>Dept.:      10A<br><br>*Trial Date:      December 7, 2026*<br><br>*Complaint filed: February 21, 2023* |

**1**

**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**

On April 14, 2026, the Court continued the scheduling conference until May 21, 2026 at 8:00 a.m. *See* ECF No. 124. That continuation was intended to allow Plaintiff sufficient time to retain trial counsel. The Parties agreed to continue the scheduling conference to May 29, 2026 to allow Plaintiff to identify new counsel. *See* ECF No. 125. The Court continued the Scheduling Conference to June 8, 2026 at 10:00 a.m. *See* ECF No. 126.

Lead trial counsel, Courtney Hylton, is currently engaged in trial in Orange County Superior Court Dept. C16 Case No. 30-2023-01331114. The Court is in session on Mondays, Tuesdays, and Wednesdays, including the date of the current Scheduling Conference, June 8, 2026. The Parties thus respectfully request that this Court continue the scheduling conference to June 18, 2026

DATED:  June 2, 2026

**HYLTON & ASSOCIATES**
A Professional Corporation

By: _____
**COURTNEY L. HYLTON**
**BRENDAN M. GARDINER**
Attorneys for Defendant, CAPISTRANO UNIFIED SCHOOL DISTRICT; JESUS BEERRA; and CLEO VICTA

DATED:  June 2, 2026

**PACIFIC LEGAL FOUNDATION**

By:  /s/ Caleb R. Trotter
**CALEB R. TROTTER**
Attorneys for Plaintiffs

**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**

Case Name: ***B.B., et al. v. Capistrano Unified School Dist., et al.***
Case No.: 8:23-cv-00306-DOC-ADS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 18201 Von Karman Avenue, Suite #430, Irvine, CA 92612.

On **June 2, 2026**, I served the foregoing document described as **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** on the following interested parties:

Caleb R. Trotter
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ctrotter@pacificlegal.org

Counsel for Plaintiffs

☒    **VIA ELECTRONIC MAIL (CM/ECF) -** all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 2, 2026**, at Irvine, California.

*Samantha Ortiz*
**SAMANTHA ORTIZ**

- i -
**PROOF OF SERVICE**