COURTNEY L. HYLTON (SBN 214929)
chylton@hyltonapc.com
BRENDAN M. GARDINER (SBN 347730)
bgardiner@hyltonapc.com
**HYLTON & ASSOCIATES**
A Professional Corporation
18201 Von Karman Avenue, Suite #430
Irvine, CA 92612
(949) 603-0404 Telephone

Attorneys for Defendant, CAPISTRANO UNIFIED SCHOOL DISTRICT; JESUS BECERRA; and CLEO VICTA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B., a minor by and through her mother, CHELSEA BOYLE; and CHELSEA BOYLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendant. | CASE NO. 8:23-cv-00306-DOC-ADS<br><br>*Assigned for All Purposes to:*<br>*Hon. David O. Carter – Courtroom 10A*<br><br>**[PROPOSED] ORDER**<br><br>Date:        June 8, 2026<br>Time:        10:00 a.m.<br>Dept.:       10A<br><br>*Trial Date:     December 7, 2026*<br><br>*Complaint filed: February 21, 2023* |

**1**
**[PROPOSED] ORDER GRANTING CONTINUING SCHEDULING CONFERENCE**

Having considered the Parties' Joint Stipulation to Continue the Scheduling Conference:

**IT IS ORDERED** that the Stipulation is **GRANTED**. The scheduling conference, ECF No. 124, is continued to _____, 2026, at _____.

SO ORDERED this _____ day of May, 2026.

**HON. DAVID O. CARTER**
United States District Court Judge

2
**[PROPOSED] ORDER GRANTING CONTINUING SCHEDULING CONFERENCE**

Case Name:  **B.B., et al. v. Capistrano Unified School Dist., et al.**
Case No.: 8:23-cv-00306-DOC-ADS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 18201 Von Karman Avenue, Suite #430, Irvine, CA 92612.

On **June 2, 2026**, I served the foregoing document described as **[PROPOSED] ORDER** on the following interested parties:

Caleb R. Trotter
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ctrotter@pacificlegal.org

Counsel for Plaintiffs


☒     **VIA ELECTRONIC MAIL (CM/ECF) -** all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 2, 2026**, at Irvine, California.


_Samantha Ortiz_
**SAMANTHA ORTIZ**

**PROOF OF SERVICE**