# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B. a minor by and through her mother, CHELSEA BOYLE. et al<br><br>Plaintiff(s)<br><br>v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT, et al<br><br>Defendant(s). | CASE NUMBER<br><br>8:23-cv-00306-DOC-ADS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

Plaintiffs B.B., a minor, et al.    ☒ Plaintiff ☐ Defendant ☐ Other _____

☒ to substitute    William J. Brown, Jr.    who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

2010 Main Street, Suite 1260
Street Address

Irvine CA 92614    bill@brownwegner.com
City, State, Zip    E-Mail Address

(949) 705-0080    192950
Telephone Number    Fax Number    State Bar Number

As attorney of record instead of    Caleb R. Trotter, Pacific Legal Foundation
List **_all_** attorneys from same firm or agency who are withdrawing.

**Is hereby ☐ GRANTED ☐ DENIED**

☐ The Court hereby orders that the request of:    Caleb R. Trotter, Pacific Legal Foundation
List **_all_** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for    Plaintiffs B.B. and Chelsea Boyle

**Is hereby ☐ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____    _____
U.S. District Judge/U.S. Magistrate Judge